**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JARED W. BEILKE, STATE BAR NO. 195698
JARED@JMLLAW.COM
MAUREEN MACARAEG-DAYRIT, STATE BAR NO. 805130
MMACARAEG@JMLLAW.COM

Attorneys for Plaintiff
Ted Johnson

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED JOHNSON, an individual, | Case No. 5:24-CV-01308-FMO-PD |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| UNITED PARCEL SERVICE, INC., a Delaware Corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE HONORABLE DISTRICT COURT:**

PLEASE TAKE NOTICE that the Parties have resolved the above captioned matter through private mediation. Parties anticipate filing a Stipulation for Dismissal of the Entire Action with Prejudice ("Stipulation for Dismissal") within (30) calendar days.

1
**NOTICE OF SETTLEMENT**

DATED: February 7, 2025           JML LAW, A Professional Law Corporation

By: _____
JARED W. BEILKE
MAUREEN MACARAEG-DAYRIT

Attorneys for Plaintiff Ted Johnson

**NOTICE OF SETTLEMENT**

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5855 Topanga Canyon Blvd., Suite 300, Woodland Hills, CA 91367.

On February 7, 2025, I served the foregoing document described as **NOTICE OF SETTLEMENT** on the interested parties in this action by placing the original true copies thereof enclosed in a sealed envelope, addressed as follows:

ROBERT S. PRINE, ESQ.
Robert.rpine@dinsmore.com
JASON HILLIARD, ESQ.
Jason.hilliard@dinsmore.com
DINSMORE & SHORE. LLP
655 West Broadway, Suite 800
San Diego, CA 92101

☒ By Electronic Service. The document listed above was served electronically.
I am readily familiar with the firm's practice for filing electronically. Under that practice, the above listed document would be electronically served to the email address(es) of the above addressee(s), on the date listed below, in the ordinary course of business following ordinary business practices, including that the above listed document would be electronically transmitted by email as an attachment and/or electronically transmitted through an electronic filing service provider (e.g., All-N-One Legal, One Legal, Case Anywhere, etc.) or through a file sharing service provider (e.g., Firefox Send, Dropbox, etc.).
My email address is hzargaran@jmllaw.com.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 7, 2025 at Woodland Hills, California.

                        ____/s/ Hanya Zargaran_____
                             Hanya Zargaran

**JML LAW**
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800