**JML LAW**
A PROFESSIONAL LAW CORPORATION
5855 Topanga Canyon Blvd., Ste. 300
Woodland Hills, California 91367
Tel: (818) 610-8800
Fax: (818) 610-3030
JARED W. BEILKE (SBN 195698)
jared@jmllaw.com
MAUREEN MACARAEG-DAYRIT (SBN 802130)
mmacaraeg@jmllaw.com
Attorneys for Plaintiff,
TED JOHNSON

ROBERT D. PRINE (312432)
robert.prine@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele: (619) 400-0500
Fax: (619) 400-0501
Attorney(s) for Defendant,
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED JOHNSON, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive<br><br>  Defendants. | Case No.: 5:24-cv-01308-FMO-PD<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION; PROPOSED ORDER OF DISMISSAL**<br><br>Complaint Filed: April 18, 2024<br>FPTC: May 30, 2025<br>Trial Date: June 17, 2025 |

//

Case No.: 5:24-cv-01308-FMO-PD         1         JOINT STIPULATION FOR DISMISSAL OF ACTION; PROPOSED ORDER OF DISMISSAL

Plaintiff Ted Johnson ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (all together "Parties"), by and through their respective counsel of record, hereby stipulate that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each party is to bear his or its own attorneys' fees and costs.

DATED: February 28, 2025           JML LAW, APLC

                                   By: _____
                                   Jared Beilke
                                   Maureen Z. Macaraeg-Dayrit

                                   Attorneys for Plaintiff
                                   Ted Johnson


DATED: February 28, 2025           DINSMORE SHOLL, LLP

                                   By: */s/ Robert D. Prine*
                                   Jason Hilliard
                                   Robert D. Prine

                                   Attorneys for Defendant
                                   United Parcel Service Inc.

# [PROPOSED] ORDER OF DISMISSAL

The Parties, by and through their attorneys of record, have stipulated to a dismissal of this entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety pursuant to the stipulation of the Parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his or its own costs and attorneys' fees.

Dated:_____     _____

Hon. Fernando M. Olguin

United States District Judge

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5855 Topanga Canyon Blvd., Suite 300, Woodland Hills, CA 91367.

On February 28, 2025, I served the foregoing document described as **JOINT STIPULATION FOR DISMISSAL OF ACTION** on the interested parties in this action by placing the original true copies thereof enclosed in a sealed envelope, addressed as follows:

ROBERT S. PRINE, ESQ.
Robert.rpine@dinsmore.com
JASON HILLIARD, ESQ.
Jason.hilliard@dinsmore.com
DINSMORE & SHORE. LLP
655 West Broadway, Suite 800
San Diego, CA 92101

☒ By Electronic Service. The document listed above was served electronically.
I am readily familiar with the firm's practice for filing electronically. Under that practice, the above listed document would be electronically served to the email address(es) of the above addressee(s), on the date listed below, in the ordinary course of business following ordinary business practices, including that the above listed document would be electronically transmitted by email as an attachment and/or electronically transmitted through an electronic filing service provider (e.g., All-N-One Legal, One Legal, Case Anywhere, etc.) or through a file sharing service provider (e.g., Firefox Send, Dropbox, etc.).
My email address is hzargaran@jmllaw.com.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 28, 2025 at Woodland Hills, California.

_____/s/ Hanya Zargaran_____
Hanya Zargaran

JML LAW
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800